

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-22-00727-CR & 04-22-00728-CR

The **STATE** of Texas,
Appellant

v.

Erik **RODRIGUEZ**,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-0735
Honorable Velia J. Meza, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's order granting appellee's motion to suppress is REVERSED, and we REMAND this case for further proceedings consistent with this opinion.

SIGNED December 17, 2025.

_____
Lori I. Valenzuela, Justice